IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS BRITTON,<br><br>      Plaintiff,<br><br>v.<br><br>C/O LOERA, *et al.*,<br><br>      Defendants. | Case No. 24-cv-02360-SPM |

# JOHN/JANE DOE IDENTIFICATION ORDER

**MCGLYNN, District Judge:**

This matter is before the Court *sua sponte* for case management purposes. This Order sets forth the process and procedures for the identification and substitution of the unidentified Defendants.

## Identification of Unknown Defendant

Plaintiff is proceeding against John Doe 1, John Doe 2, John Doe 3, John Doe 4, and Lieutenant John Doe. Warden Wills has been directed to respond to discovery aimed at identifying the unknown Defendant. (Doc. 13).

The exchange of information for the purpose of identifying John Does shall proceed according to the following schedule.

1. Plaintiff shall have until **May 7, 2025** to file a Notice with the Court, and provide to the Warden's attorney, any information he possesses which will help identify the unknown Defendants, such as: physical description(s), gender, rank, partial name(s)/nickname(s), specific job assignment(s), shift times, and locations and dates where Plaintiff interacted with the John Does.

1

2. The Warden shall have until **May 28, 2025** to file a Notice with the Court and provide Plaintiff the identity of the unknown Defendants. If the Warden is unable to identify the John Does, he shall provide Plaintiff with any document or information, including photographs and videos, that may assist in the identification of the John Does[1] by the same deadline. The Warden shall contemporaneously file an affidavit with the Court certifying the steps taken to identify each unknown Defendant based on the information provided or available to the Warden.

3. Plaintiff shall have until **June 18, 2025** to file a motion to substitute specific Defendants for the John Does, or if a John Doe remains unidentified, to file a motion specifying additional steps that can be taken to identify that unknown individual.

**Plaintiff's failure to comply with this Order and to identify the unknown Defendants within the required timeframe will result in the dismissal of the John Does. The Defendant Warden's failure to comply with this Order in a good faith effort to identify the unknown Defendant will result in the imposition of sanctions.**

IT IS SO ORDERED.

DATED: 4/16/2025

                                         *s/Stephen P. McGlynn*
                                         **Stephen P. McGlynn**
                                         **United States District Judge**

---

[1] Such documents may include, for example, incident reports; grievances or other related materials, such as responses, grievance logs and counselor's notes; disciplinary tickets, along with any documents related to the resolution of the tickets; Plaintiff's cumulative counseling summary or other log of interactions with staff during the relevant time; correspondence with the chaplain; shakedown slips; and copies of relevant medical records, provided Plaintiff has executed the required release form.